UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 2:12-cv-14462-JEM

TONI FOUDY and SHAUN FOUDY,

Plaintiff,

v.

ST. LUCIE COUNTY SHERIFF OFFICE, et al.

Defendants.

_____/

NOTICE OF ENTRY OF SUMMONS

Plaintiffs, Toni Foudy and Shaun Foudy, hereby give notice of the entry of summons for all Defendants listed in the Complaint [D.E. 1].

Respectfully submitted,
/s/Mirta Desir_____
Mirta Desir (NY 4805057 / FL 90103)
Desir & Associates
P.O. Box 1052
West Palm Beach, Florida 33402
T.: 800.982.5280 ext. 2
E: mdesir@desirlaw.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of January 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Mirta Desir