## <u>RETURN OF SERVICE</u>

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be served on **Michelle Hernandez, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981.**

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013 at 7:57 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Michelle Hernandez** at the address of: **St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981,** and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**Marcia Gillings-CPS# 89-23**
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.
P.O. Box 564
Stuart, FL 34995
(772) 878-9898**

Our Job Serial Number: BAK-2013000801

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:12-cv-14462-JEM |
| Michelle Hernandez, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michelle Hernandez
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  **January 17, 2013**

S/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

## <u>RETURN OF SERVICE</u>

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be served on **Deron Brown, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:30 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Deron Brown** at the address of: **St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____

**Marcia Gillings-CPS# 89-23**
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000737

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Toni Foudy, Shaun Foudy | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Deron Brown, ET AL | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   2:12-cv-14462-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Deron Brown
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:   **January 17, 2013**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

# <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **Brett Wilkes, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:29 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **Brett Wilkes** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

_____
**Marcia Gillings-CPS# 89-23**
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000786

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Toni Foudy, Shaun Foudy | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Brett Wilkes, ET AL | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:12-cv-14462-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brett Wilkes
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  **January 17, 2013**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **Maria Brazas, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:22 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **Maria Brazas** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

 

 

 

Marcia Gillings-CPS# 89-23
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000777

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:12-cv-14462-JEM |
| Marie Brazas, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Marie Brazas
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  **January 17, 2013**

Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

# <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **William Mittwede, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:21 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **William Mittwede** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

_____

Marcia Gillings-CPS# 89-23
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000765

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Toni Foudy, Shaun Foudy <br><br><br> *Plaintiff(s)* <br> v. <br> William Mittwede, ET AL <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  2:12-cv-14462-JEM <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   William Mittwede
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:   **January 17, 2013**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **Carl Ward, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:12 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **Carl Ward** at the address of: **St. Lucie County Sheriff's Office,
4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

_____
**Marcia Gillings-CPS# 89-23**
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000749

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:12-cv-14462-JEM |
| Carl Ward, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Carl Ward
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  **January 17, 2013**

SUMMONS

_S/_ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **Ken J. Mascara, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981.**

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:09 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint** with the date and hour
of service endorsed thereon by me, to: **Catherine LaValle** as **Paralegal** at the address of: **St. Lucie County
Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981,** who stated they are authorized to accept
service for **Ken J. Mascara**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

Marcia Gillings-CPS# 89-23
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.
P.O. Box 564
Stuart, FL 34995
(772) 878-9898**

Our Job Serial Number: BAK-2013000725

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:12-cv-14462-JEM |
| Ken J. Mascara, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ken J. Mascara
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  **January 18, 2013**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

## RETURN OF SERVICE

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL 33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be served on **St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:05 am, I:**

served a **PUBLIC AGENCY** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Catherine LaValle** as Paralegal for **St. Lucie County Sheriff's Office** at the address of: **4700 West Midway Road, Fort Pierce, FL 34981** and informing said person of the contents therein.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**Marcia Gillings-CPS# 89-23**
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000782

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6 5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:12-cv-14462-JEM |
| Saint Lucie County Sheriff's Office, ET AL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  **January 18, 2013**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

## <u>RETURN OF SERVICE</u>

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL 33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **Ronald Seraphin, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:08 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **Ronald Seraphin** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

_____
**Marcia Gillings-CPS# 89-23**
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.
P.O. Box 564
Stuart, FL 34995
(772) 878-9898**

Our Job Serial Number: BAK-2013000735

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:12-cv-14462-JEM |
| Ronald Seraphin, ET AL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ronald Seraphin
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  **January 17, 2013**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **Sean Freeman, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981.**

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:06 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **Sean Freeman** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.


Marcia Gillings-CPS# 89-23
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000780

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:12-cv-14462-JEM |
| Sean Freeman, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sean Freeman
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:   **January 17, 2013**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **James DeFonzo, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:03 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **James DeFonzo** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

_____
**Marcia Gillings-CPS# 89-23**
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000781

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

| | |
|---|---|
| Toni Foudy, Shaun Foudy | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| James DeFonzo, ET AL | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:12-cv-14462-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James DeFonzo
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **January 17, 2013**



SUMMONS

s/ Yesenia Herrera

Steven M. Larimore
Clerk of Court

Deputy Clerk
U.S. District Courts

# <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be served on **Michael Sheelar, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:02 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Michael Sheelar** at the address of: **St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.


Marcia Gillings-CPS# 89-23
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000734

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  2:12-cv-14462-JEM |
| Michael Sheelar, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Sheelar
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **January 17, 2013**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

# <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **Thomas Johnson, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:02 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **Thomas Johnson** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

Marcia Gillings-CPS# 89-23
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000727

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:12-cv-14462-JEM |
| Thomas Johnson, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Johnson
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  **January 17, 2013**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **Michael Muller, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:01 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **Michael Muller** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.


_____
**Marcia Gillings-CPS# 89-23**
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000726

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:12-cv-14462-JEM |
| Michael Muller, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Muller
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  **January 17, 2013**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **John Brady, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:01 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **John Brady** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

Marcia Gillings-CPS# 89-23
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.
P.O. Box 564
Stuart, FL 34995
(772) 878-9898**

Our Job Serial Number: BAK-2013000788

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No.  2:12-cv-14462-JEM |
| v. | ) | |
| John Brady, ET AL | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   John Brady
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   **January 17, 2013**

SUMMONS

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **Dennis Bernas, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **7:01 am, I**:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **Dennis Bernas** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.


Marcia Gillings-CPS# 89-23
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.**
**P.O. Box 564**
**Stuart, FL 34995**
**(772) 878-9898**

Our Job Serial Number: BAK-2013000776

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Toni Foudy, Shaun Foudy | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:12-cv-14462-JEM |
| Dennis Bernas, ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dennis Bernas
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:   **January 17, 2013**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

# <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 2:12-CV-14462-JEM

Plaintiff:
**TONI FOUDY AND SHAUN FOUDY**

vs.

Defendant:
**SAINT LUCIE COUNTY SHERIFF'S OFFICE AND INDIAN RIVER
COUNTY SHERIFF'S OFFICE, et al**

For:
Mirta Desir, Esquire
DESIR & ASSOCIATES, P.C.
P.O Box 1052
West Palm Beach, FL  33402

Received by BAKERSTREET PROCESS SERVICE & INVEST. on the 10th day of April, 2013 at 10:15 am to be
served on **James Gettings, St. Lucie County Sheriff's Office, 4700 West Midway Road, Fort Pierce, FL 34981**.

I, Marcia Gillings-CPS# 89-23, do hereby affirm that on the **18th day of April, 2013** at **6:59 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date
and hour of service endorsed thereon by me, to: **James Gettings** at the address of: **St. Lucie County Sheriff's
Office, 4700 West Midway Road, Fort Pierce, FL 34981**, and informed said person of the contents therein, in
compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.

Marcia Gillings-CPS# 89-23
PROCESS SERVER

**BAKERSTREET PROCESS SERVICE & INVEST.
P.O. Box 564
Stuart, FL 34995
(772) 878-9898**

Our Job Serial Number: BAK-2013000772

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Toni Foudy, Shaun Foudy | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:12-cv-14462-JEM |
| James Gettings, ET AL | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James Gettings
St. Lucie County Sheriff's Office
4700 West Midway Road
Fort Pierce, Florida 34981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mirta Desir, Esq.
Desir & Associates, P.C.
P.O. Box 1052
West Palm Beach, FL 33402-1052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  **January 18, 2013**

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court