UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:12-cv-14462

**TONY FOUDY,**
**SHAUN FOUDY**,
Plaintiffs,

v.

**SAINT LUCIE COUNTY SHERIFF'S OFFICE**,
et al. ,

Defendants.
_____/

**DEFENDANT BAILEY'S AND JONES' REQUEST FOR ORAL ARGUMENT
ON THEIR MOTION TO DISMISS
THE FIRST AMENDED COMPLAINT**

Gerald Bailey, commissioner of the Florida Department of Law Enforcement, and Julie Jones, director of the Department of Highway Safety and Motor Vehicles, request oral argument of their motion to dismiss the first amended complaint pursuant to Local Rule 7.1(b)(2).

These defendants have contested Congress's authority under the Commerce Clause to regulate the public records at issue and to impose penalties on state officials for their management of those records. This is a unique issue and the court may benefit from oral argument on the subject.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

s/ *Jason Vail*

Jason Vail
Florida Bar no. 298824

1

        Assistant Attorney General

        Blaine H. Winship
        Assistant Attorney General
        Florida Bar no. 356913

        Office of the Attorney General
        PL-01, The Capitol
        Tallahassee, FL 32399
        (850) 414-3300

        Counsel for Defendants Jones and Bailey

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on May 7, 2013.


        s/ Jason Vail